1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       john.hemann@usdoj.gov

8  Attorneys for United States of America

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,      ) Case No. 3-15-71060 MAG
                                    )
14 |       Plaintiff,                ) STIPULATION AND [PROPOSED] ORDER
                                    ) CONTINUING PRELIMINARY
15 |    v.                           ) HEARING/ARRAIGNMENT
                                    )
16 | JING ZENG,                     )
                                    )
17 |       Defendant.                )
                                    )

18

19                                **STIPULATION**

20   1. The above-referenced case is scheduled for preliminary hearing or arraignment on February 18,

21 2016. The parties request a continuance to March 9, 2016.

22   2. Counsel for the parties require additional time to evaluate evidence - including computer

23 forensics, information located by the government in various searches, and a transcript of a consensually

24 monitored meeting - and to discuss it with each other prior to preliminary hearing or indictment. The

25 defendant does not object to a continuance.

26 ///

27 ///

28 ///

STIPULATION AND ORDER
NO: 3-15-71060 MAG

3. Time under Fed. R. Crim. P. 5.1 and the Speedy Trial Act should be excluded from February 16, 2016 to March 2, 2016, pursuant to 18 U.S.C. § 3161(h)(7). The parties agree that this exclusion is appropriate for effective representation by defense counsel and that the interests of justice in excluding time outweigh the interests of the defendant and the public in a speedy trial.

SO STIPULATED AND AGREED,

BRIAN J. STRETCH
United States Attorney

Dated: February 16, 2016

/s/
_____
JOHN H. HEMANN
Assistant U.S. Attorney

Dated: February 16, 2016

/s/
_____
THOMAS F. CARLUCCI
Attorney for Jing Zeng

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

The preliminary hearing or arraignment is continued to March 9, 2016, at 9:30 am. Time is excluded for the reasons stated pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7).

Dated: February 16, 2016

_____
MARIA ELENA JAMES
United States Magistrate Judge

STIPULATION AND ORDER
NO: 3-15-71060 MAG