BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    Fax: (415) 436-7234
    john.hemann@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-00172 JD |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RESETTING ARRAIGNMENT TO OAKLAND MAGISTRATE |
| JING ZENG, | |
| Defendant. | |

**STIUPLATION**

1. The above-referenced case is scheduled for arraignment on April 29, 2016 in front of Magistrate Judge Sallie Kim. The parties request resetting the arraignment to the Oakland Magistrate Judge Kandis A. Westmore on April 29, 2016 at 9:30 am.

///

///

///

///

///

///

STIPULATION AND PROPOSED ORDER RESETTING ARRAIGNMENT TO OAKLAND MAGISTRATE
CR 16-00172 JD

2. Counsel for the parties agree that the correct venue for this case is Oakland.

SO STIPULATED AND AGREED,

BRIAN J. STRETCH
United States Attorney

Dated: April 27, 2016                              /s/
                                        _____
                                        JOHN H. HEMANN
                                        Assistant U.S. Attorney


Dated: April 27, 2016                              /s/
                                        _____
                                        THOMAS F. CARLUCCI
                                        Attorney for Jing Zeng


# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

The arraignment is reset to Oakland Magistrate Judge Kandis A. Westmore on April 29, 2016 at 9:30 am.


Dated:  4/28/16                         _____
                                        KANDIS A. WESTMORE
                                        United States Magistrate Judge

STIPULATION AND PROPOSED ORDER RESETTING ARRAIGNMENT TO OAKLAND MAGISTRATE
CR 16-00172 JD